# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE JANIS L. SAMMARTINO)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　v.<br><br>JOSE LUIS RAMOS JR.,<br><br>Defendant. | Case No.: 21-CR-02905-JLS<br><br>**ORDER** |

**IT IS HEREBY ORDERED** that the motion hearing/trial setting for defendant, JOSE LUIS RAMOS JR., currently scheduled for November 12, 2021, at 1:30 p.m., be continued to January 7, 2022, at 1:30 p.m.  This time is excluded under the 18 U.S.C. sections 3161(h)(1)(G) and in the interest of justice, and 3161(h)(7)(A) to allow the defense reasonable time to prepare.

**SO ORDERED.**

Dated:  November 8, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge