# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE JANIS L. SAMMARTINO)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.:21-CR-02905-JLS |
| v. | |
| JOSE LUIS RAMOS JR., | **ORDER** |
| Defendant. | |

Pursuant to joint motion, **IT IS HEREBY ORDERED** that the motion hearing/trial setting for defendant, JOSE LUIS RAMOS JR., currently scheduled for January 7, 2022, at 1:30 p.m., be continued to February 11, 2022, at 1:30 p.m. This time is excluded under the 18 U.S.C. sections 3161(h)(1)(G) and in the interest of justice, and 3161(h)(7)(A) to allow the defense reasonable time to prepare.

**SO ORDERED.**
Dated: January 3, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge