# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE JANIS L. SAMMARTINO)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JOSE LUIS RAMOS JR.,<br><br>Defendant. | Case No.  21-CR-2905-JLS<br><br>**ORDER** |

Pursuant to joint motion, **IT IS HEREBY ORDERED** that the motion hearing for defendant, JOSE LUIS RAMOS JR., currently scheduled for February 11, 2022, at 1:30 p.m., be continued to March 25, 2022, at 1:30 p.m. This time is excluded under the 18 U.S.C. sections 3161(h)(1)(D) and in the interest of justice, and 3161(h)(7)(A) to allow the defense reasonable time to prepare.

**SO ORDERED.**

Dated:  February 8, 2022

Hon. Janis L. Sammartino
United States District Judge